# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

DAVID COX

## SUMMONS IN A CIVIL ACTION

V.

RYAN MARINI, SEAN BORDWELL
and JOHN DOE

CASE NUMBER:

## 05-11608 GAO

TO: (Name and address of Defendant)

Ryan G. Marini
4 Deer Path
Maynard, Massachusetts 01754

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Damon P. Hart, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within ___28___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. _____    8-2-05
CLERK                    DATE

(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

August 16, 2005

I hereby certify and return that on 8/15/2005 at 8:40AM I served a true and attested copy of the SUMMONS AND COMPLAINT, JURY DEMAND in this action in the following manner: To wit, by leaving at the last and usual place of abode of RYAN G. MARINI, , 4 DEER PATH MAYNARD, MA 01754 and by mailing 1st class to the above address on 8/16/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($10.88) Total Charges $48.38

*Ron Hanson*

_____
Deputy Sheriff

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date                 Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.