AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DAVID COX

V.

RYAN MARINI, SEAN BORDWELL,
and JOHN DOE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 - 11608 GA

TO: (Name and address of Defendant)

Sean Bordwell
13405 Crystal Rock Court
Chantilly, Virginia 20151

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Damon P. Hart, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON
CLERK

8-2-05
DATE

(By) DEPUTY CLERK

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**
OFFICE OF THE SHERIFF
Stan G. Barry, Sheriff
4110 Chain Bridge Road
Fairfax, Virginia 22030
Phone (703)246-3227
Fax (703)691-9513

**AFFIDAVIT OF SERVICE**

COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX

                                        RE:  David Cox

                                        VS:  Ryan Marini and Sean Bordwell and John Doe

Before me, the undersigned authority, personally appeared Sgt. D. Bell, a person competent to make oath, and who by me begin sworn, deposes and says:

That this Summons and Complaint came to hand on 9/14/2005, at 6:33:00 AM, and executed on 9/15/2005, at 11:15:00 AM, by POSTING a true copy of the within mentioned papers on the front door of the usual place of abode of Sean Bordwell, which is at 13405 Crystal Rock Ct, Chantilly, Va, neither he/she nor any member of the family over sixteen years of age being found there.

                                        STAN G. BARRY, SHERIFF
                                        FAIRFAX COUNTY, VIRGINIA

                                        _D. Bell 40/10_
                                        Deputy Sheriff

Sworn to before me this 22nd day of September, 2005.

_Melanie Gordon_
Notary Public

My Commission Expires: 7/31/07