UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID COX,<br>      Plaintiff,<br><br>v.<br><br>RYAN MARINI, SEAN<br>BORDWELL, and JOHN DOE,<br>      Defendants. | C.A. No.: 05-11608GAO |

**JOINT STIPULATION TO ENLARGE TIME FOR FILING RESPONSE**

Plaintiff, David Cox ("Cox"), and Defendant, Sean Bordwell ("Bordwell"), by and through their undersigned counsel, hereby stipulate that the time for Bordwell to file and serve a response to Cox's Complaint in this action is enlarged to and including November 1, 2005.

Respectfully submitted,

| DAVID COX, | SEAN BORDWELL, |
|---|---|
| By his attorneys,<br>Holland & Knight LLP | By his attorneys,<br>Denner O'Malley, LLP |
| /s/ Damon P. Hart | /s/ Anthony R. Zelle |
| Deborah S. Griffin (BBO #211460)<br>Leigh Earles Slayne (BBO #567865)<br>Damon P. Hart (BBO #644586)<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 | Anthony R. Zelle (BBO #548141)<br>Brian P. McDonough (BBO #637999)<br>Four Longfellow Place, 35th Floor<br>Boston, MA 02114<br>(617) 227-2800 |

Barbara J. Dougan (BBO #558392)
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER THE LAW
294 Washington Street, Suite 443
Boston, MA 02108
(617) 482-1145