UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11608GAO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DAVID COX | ) |
|        Plaintiff, | ) |
| v. | ) |
| | ) |
| RYAN MARINI, SEAN BORDWELL, AND | ) |
| JOHN DOE , | ) |
|        Defendants. | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANSWER AND JURY DEMAND OF DEFENDANT RYAN MARINI**

**FIRST DEFENSE**

Defendant Ryan Marini admits that he is an individual, adult, white male but denies that he currently resides at 4 Deer Path, Maynard, Massachusetts. Defendant Ryan Marini lacks sufficient information upon which to admit or deny the allegations contained in paragraphs 2-9 of Plaintiff's Complaint captioned "Parties" and "Jurisdiction" and "Venue." Defendant Ryan Marini admits that he was involved in an encounter with Plaintiff David Cox on or about August 17, 2003 but denies the version of the events as set forth in paragraphs 10-22 of Plaintiff's Complaint captioned "General Allegations." Defendant Ryan Marini denies the allegations set forth in paragraphs 23-42 captioned "Count I," "Count II," "Count III," "Count IV" and "Count V."

## SECOND DEFENSE

Process and/or service of process was insufficient and Plaintiff's Complaint should be dismissed.

## THIRD DEFENSE

Plaintiff's Complaint, and each Count therein, fails to state a claim upon which relief may be granted.

## FOURTH DEFENSE

Plaintiff was negligent, and such negligence was a proximate cause of Plaintiff's injuries, therefore barring or reducing Plaintiff's recovery in this action.

## JURY CLAIM

Defendant Ryan Marini requests a trial by jury on all issues.

*Ryan Marini*
RYAN MARINI, pro se
157 Alcott Road
Concord, MA 01742

Dated: October 18, 2005