UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID COX,<br>      Plaintiff,<br><br>v.<br><br>RYAN MARINI, SEAN<br>BORDWELL, and JOHN DOE,<br>      Defendants. | C.A. No.: 05-11608GAO |

### NOTICE OF CHANGE OF FIRM AND ADDRESS

Please take note of the following change of firm affiliation and address of Anthony R. Zelle and Brian P. McDonough as counsel for Sean Bordwell, in the above-captioned matter. Effective January 1, 2006 all communications, correspondence, notices, papers and pleadings in the above-captioned case should be directed to:

> Anthony R. Zelle
> Brian P. McDonough
> Zelle McDonough, P.C.
> Four Longfellow Place, 35th Floor
> Boston, MA 02114
> Telephone: (617) 742-6520
> Facsimile: (617) 973-1562

Respectfully submitted,

_/s/ Anthony Zelle_
Anthony R. Zelle, BBO# 548141
ZELLE MCDONOUGH, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
Telephone: (617) 742-6520
Facsimile: (617) 973-1562

Dated: January 12, 2006

## CERTIFICATE OF SERVICE

I, Anthony R. Zelle, hereby certify that on this 12th day of January, 2006 I caused a copy of the foregoing Notice of Change of Firm and Address to be served upon counsel of record in this matter, by first-class mail to:

Deborah S. Griffin (BBO #211460)
Leigh Earles Slayne (BBO #567865)
Damon P. Hart (BBO #644586)
10 St. James Avenue
Boston, MA 02116

_____
Anthony R. Zelle