UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID COX,<br>      Plaintiff,<br><br>v.<br><br>RYAN MARINI, SEAN<br>BORDWELL, and JOHN DOE,<br>      Defendants. | C.A. No.: 05-11608GAO |

## NOTICE OF APPEARANCE

Please take note of the appearance of Brian P. McDonough as co-counsel for the defendant, Sean Bordwell.

SEAN BORDWELL,

By his attorneys,

/s/ Brian P. McDonough
Anthony R. Zelle, BBO #548141
Brian P. McDonough, BBO #637999
**ZELLE McDONOUGH LLP**
Four Longfellow Place – 35th Floor
Boston, Massachusetts 02114
Telephone: (617) 742-6520
Facsimile: (617) 973-1562

Dated: April 18, 2006