UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID COX, )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>RYAN MARINI, SEAN )<br>BORDWELL, and JOHN DOE, )<br>  Defendants. )<br>_____) | C.A. No.: 05-11608GAO |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), defendant, Sean Bordwell, hereby certifies that he has conferred with counsel with respect to the above matter:

(a) with a view to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

SEAN BORDWELL,

_____ /s/ Sean Bordwell
Sean Bordwell

_____ /s/ Brian P. McDonough
Anthony R. Zelle, BBO #548141
Brian P. McDonough, BBO #637999
**ZELLE McDONOUGH LLP**
Four Longfellow Place – 35th Floor
Boston, Massachusetts 02114
Telephone: (617) 742-6520
Facsimile: (617) 973-1562

Dated: April 18, 2006