UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| DAVID COX,<br><br>                           Plaintiff,<br><br>v.<br><br>RYAN MARINI, SEAN BORDWELL,<br>AND JOHN DOE,<br><br>                           Defendant. | Civil Action No. 05-11608-GAO |

**PLAINTIFF'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff David Cox and his counsel affirm that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (2) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| DAVID COX | COUNSEL FOR DAVID COX, |
|---|---|
| /s/ David Cox | /s/ Damon Hart |
| By: David Cox | Deborah S. Griffin (BBO No. 211460) |
| | Damon P. Hart (BBO No. 644586) |
| | 10 St. James Avenue |
| | Boston, MA 02116 |
| | (617) 523-2700 |
| | |
| | Barbara J. Dougan (BBO No. 558392) |
| | LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER THE LAW |
| | 294 Washington Street, Suite 443 |
| | Boston, MA 02108 |
| | (617) 482-1145 |

Dated: April 19, 2006
# 3708041_v1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| DAVID COX, <br><br> Plaintiff, <br><br> v. <br><br> RYAN MARINI, SEAN BORDWELL, AND JOHN DOE, <br><br> Defendant. | Civil Action No. 05-11608-GAO |

Plaintiff, David Cox, hereby propose the following pretrial schedule:

Proposed Scheduling Conference Agenda

    A.    Discussion of discovery plan and motion schedule;

    B.    Discussion of status of settlement discussions; and

    C.    Setting of date for pretrial conference and tentative trial date.

Discovery Plan

    A.    All discovery to be completed by ------------;

    B.    Dispositive motions to be filed by -----------.

Certification of Conference by Counsel and Client

    A.    See attached.

| | |
|---|---|
| DAVID COX | COUNSEL FOR DAVID COX, |
| /s/ David Cox <br> By: David Cox | /s/ Damon Hart <br> Deborah S. Griffin (BBO No. 211460) <br> Leigh Earls Slayne (BBO No. 567865) <br> Damon P. Hart (BBO No. 644586) <br> 10 St. James Avenue <br> Boston, MA 02116 <br> (617) 523-2700 <br><br> Barbara J. Dougan (BBO No. 558392) |

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER THE LAW
294 Washington Street, Suite 443
Boston, MA 02108
(617) 482-1145

Dated: April 13, 2006

## CERTIFICATE OF SERVICE

I certify that on this ___ day of April, 2006, a true copy of the foregoing document has been furnished by UPS overnight courier to the following attorney of record:

Anthony R. Zelle
Brian P. McDonough
Zelle McDonough, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114

AND

Mr. Ryan Marini
Pro Se Defendant
157 Alcott Road
Concord, MA 01742

_____
Damon P. Hart

3