UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

DAVID COX,

    Plaintiff

v.

RYAN MARINI, ET AL,

    Defendants.

Civil Action No. 05-11608-GAO

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the Defendant, Ryan Marini, in the above-entitled matter.

Respectfully submitted,

_____
Richard B. Kirby, BBO #273600
Keegan Werlin LLP
265 Franklin Street
Boston, MA 02110
(617) 951-1400

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on
April 20, 2006
_____