UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11608-GAO

DAVID COX,

    Plaintiff,

v.

RYAN MARINI, SEAN BORDWELL,
AND JOHN DOE,

    Defendants.

### AFFIDAVIT OF RYAN MARINI
### IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

I, Ryan Marini, do hereby state and depose as follows:

1. On August 17, 2002, the individual identified in this case as John Doe, and I, were involved in a fight with the Plaintiff David Cox.

2. Sean Bordwell did not participate in the fight but rather attempted to break it up.

3. Although I was prosecuted for my involvement in that incident, John Doe was never identified.

4. During a conversation I had with John Doe after I was arrested, John Doe threatened to kill me and my family if I gave his name to the police.

5. In a subsequent conversation I had with John Doe after I was convicted, John Doe threatened me again, stating that even though he wouldn't be able to get to me while I was serving my sentence, he would go after my family if I identified him to police.

6. I never revealed John Does identity because I feared that he would carry out his threats if I did so.

7. Although I have not been in contact with John Doe since serving out my sentence, I have been informed by a mutual acquaintance that John Doe is still in the Boston area.

8. If I am required to reveal John Doe's identity in this case, I fear that John Doe will seriously harm or kill me and or my family.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ____26th____ DAY OF MAY, 2006.

*Ryan Marini*

---

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on *May 26, 2006*.

*Matthew P. [signature]*