UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID COX,

    Plaintiff,

v.

RYAN MARINI, SEAN BORDWELL, AND JOHN DOE,

    Defendants.

Civil Action No. 05-11608-GAO

## STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF DAVID COX TO RESPOND TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Defendant Ryan Marini and Plaintiff David Cox hereby stipulate that the time within which Plaintiff David Cox may respond to Defendant Ryan Marini's Motion for Protective Order is enlarged and extend to and including **June 16, 2006**.

| RYAN MARINI | DAVID COX |
|---|---|
| By his attorney, | By his attorneys, |
| Keegan Werlin LLP | Holland & Knight LLP |
| /s/ Matthew P. Zavotti (per authorization) | /s/ Damon P. Hart |
| Richard B. Kirby (BBO No. 273600) | Deborah S. Griffin (BBO No. 211460) |
| Matthew P. Zayotti (BBO No. 638265) | Damon P. Hart (BBO No. 644586) |
| 265 Franklin Street | 10 St. James Avenue |
| Boston, MA 02110 | Boston, MA 02116 |
| (617) 951-1400 | (617) 523-2700 |

                                        Barbara J. Dougan (BBO No. 558392)
                                        LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER THE LAW
                                        294 Washington Street, Suite 443
                                        Boston, MA 02108
                                        (617) 482-1145

Dated: June 8, 2006

2

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 8th of June, 2006.

                                              /s/ Damon P. Hart
                                              Damon P. Hart

# 3837179_v1