UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11608-GAO

DAVID COX,

    **Plaintiff,**

v.

RYAN MARINI, SEAN BORDWELL,
AND JOHN DOE,

    **Defendants.**

### DEFENDANT RYAN MARINI'S
### MOTION FOR RECONSIDERATION

The Defendant Ryan Marini hereby moves for reconsideration of this Honorable Court's Order, dated July 20, 2006, denying the Defendant Ryan Marini's Motion for Protective Order that he not be required to disclose the identity of Defendant John Doe. In support of this motion, and for reasons more fully set forth in the attached memorandum of law filed herewith, the Defendant states that reconsideration is in the interests of justice because the personal health, safety and welfare of Mr. Marini and his family far outweigh the Plaintiff's pecuniary interest in pursuing a monetary judgment against Defendant John Doe.

WHEREFORE, the Defendant Ryan Marini respectfully requests that this Honorable Court:

1. Enter an order granting reconsideration of this Court's previous denial of Defendant Ryan Marini's Motion for Protective Order;

2. Enter an order granting Defendant Ryan Marini's Motion for Protective Order;

3. Issue a written memorandum of decision; and

4. Grant such other and further relief as this Honorable Court may deem appropriate and just.

>DEFENDANT RYAN MARINI
>
>By his attorneys,
>
>_/s/ Matthew P. Zayotti_
>Richard Kirby, BBO# 273600
>Matthew P. Zayotti, BBO# 638265
>Keegan Werlin LLP
>265 Franklin Street
>Boston, Massachusetts 02110-3113
>(617) 951-1400

Dated: August 22, 2006

---

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 22, 2006.

_/s/ Matthew P. Zayotti_

---