UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID COX,

    Plaintiff,

v.

RYAN MARINI, SEAN BORDWELL, and JOHN DOE,

    Defendants.

Civil Action No. 05-11608-GAO

## NOTICE OF APPEARANCE

Please enter the appearance of Geraldine Aine as counsel for plaintiff, David Cox.

DAVID COX

By his attorneys,

Holland & Knight LLP

/s/ Geraldine Aine
Deborah S. Griffin (BBO No. 211460)
Damon P. Hart (BBO No. 644586)
Geraldine Aine (BBO No. 665578)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Barbara J. Dougan (BBO No. 558392)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER THE LAW
294 Washington Street, Suite 443
Boston, MA 02108
(617) 482-1145

Dated: September 28, 2006

2

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 28th of September, 2006.

                                                                     /s/ Geraldine Aine
                                                                     Geraldine Aine

# 4076321_v1