UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11608-GAO

DAVID COX,

      Plaintiff,

v.

RYAN MARINI, SEAN BORDWELL,
AND JOHN DOE,

      Defendants.

## DEFENDANT RYAN MARINI'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RYAN MARINI TO REVEAL JOHN DOE'S IDENTITY

The Defendant Ryan Marini hereby opposes Plaintiff's Motion to Compel Ryan Marini to Reveal John Doe's Identity. In support of this opposition, and for reasons more fully set forth in the attached memorandum of law filed herewith, the Defendant Ryan Marini states that Plaintiff's Motion to Compel Defendant Ryan Marini to Reveal the Identity of John Doe must be denied because the compelled disclosure of John Doe's identity would violate Defendant Ryan Marini's Fifth Amendment privilege against self-incrimination.

WHEREFORE, the Defendant Ryan Marini respectfully requests that this Honorable Court deny the Plaintiff's Motion to Compel Defendant Ryan Marini to Reveal the Identity of John Doe.

DEFENDANT RYAN MARINI

By his attorneys,

*/s/ Matthew P. Zayotti*

Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: January 17, 2007

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 17, 2007.

*/s/ Matthew P. Zayotti*

2