UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11608-GAO

|  |  |
|---|---|
| DAVID COX | ) |
|     Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| RYAN MARINI, SEAN BORDWELL, | ) |
| AND JOHN DOE | ) |
|     Defendants, | ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Raymond Sayeg for the Defendant Sean Bordwell, in the above-captioned action.

                      Respectfully submitted,
                      SEAN BORDWELL
                      By his Attorney,


*/s/ Raymond Sayeg*_____
Raymond Sayeg, BBO #555437
DENNER PELLEGRINO, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
(617) 742-1184

Dated: February 16, 2007

## **CERTIFICATE OF SERVICE**

I, Raymond Sayeg, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 16, 2007.

                                                       */s/ Raymond Sayeg*_____
                                                       Raymond Sayeg