UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID COX,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN MARINI, SEAN BORDWELL, AND JOHN DOE,<br><br>    Defendants. | Civil Action No. 05-11608-GAO |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF DAVID COX TO RESPOND TO
DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Defendant Ryan Marini and Plaintiff David Cox hereby stipulate that the time within which Plaintiff David Cox may respond to Defendant Ryan Marini's Opposition to Plaintiff's Motion to Compel is enlarged and extend to and including **March 9, 2007**. As grounds for this motion the Plaintiff states that the Defendant has raised complicated issues of constitutional law in his recent memorandum and this short extension is sought in order to provide additional legal support and guidance to inform the Court's determination of this important issue.

| | |
|---|---|
| RYAN MARINI | DAVID COX |
| By his attorney, | By his attorneys, |
| Keegan Werlin LLP | Holland & Knight LLP |
| /s/ Matthew P. Zavotti (per authorization)<br>Richard B. Kirby (BBO No. 273600)<br>Matthew P. Zayotti (BBO No. 638265)<br>265 Franklin Street<br>Boston, MA 02110<br>(617) 951-1400 | /s/ Geraldine Aine<br>Deborah S. Griffin (BBO No. 211460)<br>Damon P. Hart (BBO No. 644586)<br>Geraldine Aine (BBO No. 665578)<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 |
| | Barbara J. Dougan (BBO No. 558392)<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER THE LAW<br>294 Washington Street, Suite 443<br>Boston, MA 02108 |
| Dated: March 1, 2007 | (617) 482-1145 |

1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 1st of March, 2007.

/s/ Geraldine Aine
Geraldine Aine

# 4393710_v1

2