UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, WESTERN DIVISION

| | |
|---|---|
| DAVID COX,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RYAN MARINI, SEAN BORDWELL, AND JOHN DOE,<br><br>　　　　　　　Defendant. | Civil Action No. 05-11608-GAO |

## NOTICE OF WITHDRAWAL

Please note the undersigned counsel's withdrawal of her appearance in this matter. Attorneys Deborah S. Griffin, Damon P. Hart and Geraldine Aine, whose appearances are on file, remain as counsel for the Plaintiff.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Barbara J. Dougan
　　　　　　　　　　　　　　　　　Barbara J. Dougan (BBO No. 558392)
　　　　　　　　　　　　　　　　LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER THE LAW
　　　　　　　　　　　　　　　　294 Washington Street, Suite 443
　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　(617) 482-1145

Dated: April 4, 2007