UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID COX,<br><br>        Plaintiff,<br><br>v.<br><br>RYAN MARINI, SEAN BORDWELL,<br>AND JOHN DOE,<br><br>        Defendants. | Civil Action No. 05-11608-GAO |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 83.5.2 (c) of the Federal Rules of Civil Procedure, **Brian P. McDonough, Anthony R. Zelle**, and the law firm of **Zelle McDonough LLP** hereby withdraw their appearance as counsel for the Defendant, Sean Bordwell ("Bordwell").

Withdrawing counsel state that Attorney Raymond Sayeg, Jr., who entered his appearance on behalf of Bordwell on February 16, 2007, will continue to represent Bordwell. Additionally, there are currently no motions pending before the court relative to Bordwell, no trial date has been set, no hearings or conferences are scheduled, and no reports, oral or written, are due.

                                                Respectfully submitted,

                                                /s/ Brian P. McDonough
                                           Anthony R. Zelle, BBO No. 548141
                                           Brian P. McDonough, BBO No. 637999
                                           **ZELLE MCDONOUGH LLP**
                                           Four Longfellow Place, 35th Floor
                                           Boston, Massachusetts 02114
                                           (617) 742-6520
                                           (617) 973-1562 (fax)

Dated: May 2, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 2, 2007.

                                               /s/ Brian P. McDonough
                                               Brian P. McDonough