AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF __Massachusetts__

DAVID COX,

    Plaintiff,

    V.

RYAN MARINI, SEAN BORDWELL, AND ANDREW KIRIAKOS,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-11608-GAO

TO: (Name and Address of Defendant)

    Andrew Kiriakos
    199 Rosemary Street
    Apt. 2
    Needham Heights, MA  02494

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Damon P. Hart, Esq.
    Holland & Knight LLP
    10 St. James Avenue
    Boston, MA  02116

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON



FEB 12 2008

CLERK

_Michael J. Cataldo_ (signature)
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | February 16, 2008 |
| NAME OF SERVER (PRINT)  John F Keogh | TITLE  as a disinterested party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Ms. S Tsakinzer, defendants mother,

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 35.00 | 40.00 | 75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 16, 2008
           Date

*Signature of Server*

36 Georganna Street
Braintree, MA  02184

*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.