UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID COX,<br><br>                    Plaintiff,<br><br>v.<br><br>RYAN MARINI, SEAN BORDWELL,<br>AND ANDREW KIRIAKOS<br><br>                    Defendants. | Civil Action No.05 -cv-11608 |

## ATTORNEY AFFIDAVIT

I, Lydia Edwards am I, on oath, depose and say that I am an attorney in good standing, licensed to practice law by the Commonwealth of Massachusetts and this Honorable Court. I am the attorney for the above captioned Plaintiff, David Cox. I aver that Defendant Kiriakos has not filed an answer or any other responsive pleading, to Plaintiff Cox's Amended Complaint nor made an appearance in this action.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27th DAY OF MARCH 2008.

DAVID COX

By his attorneys,

HOLLAND & KNIGHT LLP

By:   /s/ Lydia Edwards
       Lydia M. Edwards
       BBO# 666261
       10 St. James Avenue
       Boston, MA  02116
       (617) 523-2700

Dated:  March 27, 2008.

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 27, 2008.

                                              /s/ Lydia Edwards
                                              Lydia Edwards

# 5220704_v1