UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID COX,<br><br>   Plaintiff,<br><br>v.<br><br>RYAN MARINI, SEAN BORDWELL, and ANDREW KIRIAKOS,<br><br>   Defendants. | Civil Action No. 05-11608-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Antoniazzi as counsel for plaintiff, David Cox.

DAVID COX

By his attorneys,

Holland & Knight LLP

/s/ Jennifer L. Antoniazzi
Damon P. Hart (BBO No. 644586)
Jennifer L. Antoniazzi (BBO No. 654653)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: March 28, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 28th of March, 2008.

                                                          /s/ Jennifer Antoniazzi
                                                          Jennifer Anotoniazzi

# 5189276_v1