# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**DAVID COX**
        **Plaintiff**

**V.**

**ANDREW KIRIAKOS**
        **Defendant**

**CIVIL ACTION**

**NO. 05-11608-GAO**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **DAVID COX** for an order of Default for failure of the Defendant, **ANDREW KIRIAKOS**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **10** day of **APRIL, 2008**.

        SARAH A. THORNTON
        CLERK OF COURT

        By:    /s/ Paul Lyness
                Deputy Clerk

**Notice mailed to:**

(Default Notice.wpd - 3/7/2005)