UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| David Cox,<br>    Plaintiff<br><br> vs.<br><br>Ryan Marini, Sean Bordwell and<br>Andrew Kiriakos,<br>    Defendants | )<br>)<br>)<br>) CIVIL ACTION<br>) NO. 05-CV-11608<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the defendant, Andrew Kiriakos.

               _____
               Paul L. Lees, Esq.
               BBO # 556440
               Lees Law Office
               46 Middle Street
               Gloucester, MA 01930
               (978) 281-0777

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on
May 23, 2008