# United States District Court
# District of Massachusetts

**DAVID COX,**
        **Plaintiff,**

        **V.**                      **CIVIL ACTION NO. 2005-11608-GAO**

**RYAN MARINI,**
**SEAN BORDWELL,**
**ANDREW KIRIAKOS,**
        **Defendants.**

## *REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

On July 16, 2008, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION      __X__ MEDIATION

\_\_\_\_\_ MINI-TRIAL                                \_\_\_\_\_ SUMMARY JURY TRIAL

The plaintiff and his attorney was present; the defendants Kiriakos and Marini were present in person; the defendant Bordwell appeared telephonically, Attorneys for all three defendants were present in person.

[X]    The case was NOT SETTLED.  Further efforts to settle the case at this time are unlikely to be successful.  *A discovery schedule should be set ASAP; a trial date should also be set, either before the District Judge or before Magistrate Judge Dein if the parties consent.*

July 16, 2008                                    *Robert B. Collings*
    DATE                                           ROBERT B. COLLINGS
                                                 United States Magistrate Judge

Copy to:    Judge O'Toole
                 Rebecca Tyler, Esquire