UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| David Cox, | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | NO. 05-CV-11608 |
| Ryan Marini, Sean Bordwell and | ) | |
| Andrew Kiriakos, | ) | |
|     Defendants | ) | |

## INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

A.   (i)   <u>Name, address and telephone number of each individual likely to have discoverable information</u>

1) David Cox, New Haven, CT, telephone number presently unknown
2) Ryan Marini, 4 Deer Path, Maynard MA, telephone number presently unknown
3) Sean Bordwell, 13405 Chrystal Rock Court, Chantilly Virginia, 20151, telephone number presently unknown
4) Andrew Kiriakos, 199 Rosemary Street, Apt. 2, Needham, MA 02492, (781) 400-5063

(ii)   <u>Copy or description of all documents that the disclosing party has in its possession, custody or control and may use to support its claims or defenses</u>
Copy of Day 1, criminal trial transcript, Comm. V. Marini.

(iii)   <u>Computation of each category of damages claimed by the disclosing party</u>
None.

1

(iv)    <u>Insurance Agreement</u>

       None.

Respectfully submitted,
Defendant, Andrew Kiriakos,
By his attorney,

_____

Paul L. Lees, Esq.
BBO # 556440
Lees Law Office
46 Middle Street
Gloucester, MA 01930
(978) 281-0777

<u>Certificate of Service</u>

I hereby certify that this document has been placed in the mail today, first class, and addressed to all counsel of record and unrepresented parties in compliance with the M.R.C.P.

_____

2