UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA/CR. 05 - CV -11608

COX

v.

MARINI, et al

)
)
)
)
)
)
)
)
)
)
)
)
)

**Notice of Appearance**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance for  SEAN  BOARDWELL  plaintiff / defendant in the above entitled action.

The plaintff / defendants,
By their attorney,

TANYA AUSTIN, BBO# 664478

58