UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11608-GAO

|  |  |
|---|---|
| DAVID COX | ) |
|     Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| RYAN MARINI, SEAN BORDWELL, | ) |
| AND JOHN DOE | ) |
|     Defendants, | ) |

## MOTION TO WITHDRAW

NOW come Raymond Sayeg and Denner Pellegrino, LLP, counsel for Sean Bordwell, and respectfully request this Honorable Court to allow counsel to withdraw from this case. As reasons therefore, counsel states as follows:

1. Mr. Bordwell has specifically requested that Raymond Sayeg and Denner Pellegrino, LLP withdraw and that he represent himself in the above-captioned matter forthwith.

Respectfully submitted,

*/s/ Raymond Sayeg*_____
Raymond Sayeg, BBO #555437
DENNER PELLEGRINO, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
(617) 742-1184

Dated: September 3, 2008

## **CERTIFICATE OF SERVICE**

      I, Raymond Sayeg, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 3, 2008.

                                                   */s/ Raymond Sayeg*_____
                                                   Raymond Sayeg